# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:

Scott Eric Hawkins,　　　　　　　　　　　Bankruptcy No. 22-31275
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　Debtor.

## APPLICATION TO EMPLOY RESTOVICH BRAUN & ASSOCIATES

1. Michael Dietz, Trustee for the bankruptcy estate of the above Debtor, applies to the court for the relief requested below.

2. Applicant is the Trustee in this case. Applicant believes that the employment of an Attorney is necessary to provide proper legal representation and assistance to the Trustee in carrying out the Trustee's duties as follows: Possible preference or fraudulent transfer payments by debtor to his father of at least $24,64.76 within the last 12 months prior to filing and a $235,000 loan from Debtors father. The foregoing services shall also include such other legal services as are reasonably related to the foregoing.

3. **Restovich Braun & Associates. (Aurora M. DeCook and other shareholders and associates of the firm)** is qualified by reason of practice and experience to render such representation or assistance.

4. The compensation will be as follows: **Fees will be charged on an hourly basis at the standard rates charged by Restovich Braun & Associates for this type of work or as such rates may be adjusted from time to time by the firm (e.g., Attorney, Aurora M. DeCook - $300.00 per hour), together with reimbursement of actual expenses.**

5. This professional has disclosed to the Trustee that it has the following connections with the Debtor, creditors, or any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the office of the United States Trustee: **None.**

6. The Trustee has made the following efforts to investigate this matter prior to submitting this Application: The Trustee has reviewed the schedules and related documents.

**WHEREFORE**, applicant prays that the Court approve such employment by the Trustee.

Dated: November 8, 2022

/e/ Michael Dietz
Michael Dietz, Trustee
1529 HWY 14 E
SUITE 200 #241
ROCHESTER, MN 55904

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

Scott Eric Hawkins,                                   Bankruptcy No. 22-31275
                                                      Chapter 7
           Debtor.

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

I, Aurora M. DeCook, of **Restovich Braun & Associates,** the proposed professional named in the application for employment on behalf of the above-named bankruptcy estate, declare under penalty of perjury the following:

1. I am an attorney with the firm of Restovich Braun & Associates.

2. Restovich Braun & Associates does not hold or represent any interest adverse to the estate and is disinterested as required by Section 327 of the Bankruptcy Code.

3. Restovich Braun & Associates does not have any connections to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee.

Dated:  November 8, 2022

                                                    By:    /e/ Aurora M. DeCook
                                                                 Aurora M. DeCook
                                                                 Registration No. 0399875
                                                                 117 E. Center Street
                                                                 Rochester, MN 55904
                                                                 (507) 288-4840

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:

Scott Eric Hawkins,　　　　　　　　　　Bankruptcy No. 22-31275
　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.

## ORDER APPROVING EMPLOYMENT OF RESTOVICH BRAUN & ASSOCIATES

The trustee's application to approve the employment of Restovich Braun & Associates as the trustee's attorneys came before the court.

Based on the application, the recommendation of the United State Trustee and 11 U.S.C. § 327,

**IT IS ORDERED:** the employment is approved.

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM J FISHER
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge